SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff,
JOHN LEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JOHN LEE, | Case No.: 8:24-cv-00374 FWS (JDEx) |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| vs. | |
| GREGORIO MUNIZ D/B/A LOS ALAZANES MEXICAN FOOD; GREG RONALD VELASQUEZ, AS TRUSTEE OF THE C & G VELASQUEZ FAMILY TRUST; and DOES 1 to 10, | |
| Defendants. | |

Notice is hereby given that Plaintiff JOHN LEE ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: May 13, 2024                      **SO. CAL EQUAL ACCESS GROUP**

                                         _/s/ Jason J. Kim_
                                         JASON J. KIM
                                         Attorney for Plaintiff